IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CLIFTON L. JONES, <br> DAISY E. JONES, <br><br> Plaintiffs, <br><br> v. <br><br> US BANK NATIONAL ASSOCIATION <br> AS TRUSTEE FOR RESIDENTIAL <br> ASSET SECUIRTIES CORP 2005-EMX5, <br><br> Defendant. | Civil Action No. 3:11CV527–HEH |

## FINAL ORDER

THIS MATTER is before the Court on a Notice of Voluntary Dismissal Without Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Aug 25, 2011
Richmond, VA